# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| OTIS LEE WHITAKER | Case Number: DNCW306CR000105-001 |
| | USM Number: |
| | Peter Adolf |
| | Defendant's Attorney |

**THE DEFENDANT:**

 X   admitted guilt to violation of condition(s) 1 - 7 of the term of supervision.
 ___ Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New law violation | 3/6/09 |
| 2 | Failure to report contact with law enforcement officer | 3/6/09 |
| 3 | New law violation | 3/10/09 |
| 4 | Failure to report contact with law enforcement officer | 3/10/09 |
| 5 | Failure to submit truthful and complete monthly supervision reports | 4/1/09 |
| 6 | New law violation | 4/9/09 |
| 7 | Failure to report contact with law enforcement officer | 4/9/09 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

 X   The Defendant has not violated condition(s)  8 & 9  And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 7/8/09

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge

Signed: September 3, 2009

AO 245D (WDNC Rev. 4/04) Judgment in a Criminal Case for Revocation

Defendant: OTIS LEE WHITAKER  
Case Number: DNCW306CR000105-001  
Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE (1) YEAR AND ONE (1) DAY.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

Designation as close as possible to Charlotte, NC.

__X__ The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

    ___ As notified by the United States Marshal.

    ___ At___a.m. / p.m. on ___.

___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ As notified by the United States Marshal.

    ___ Before 2 p.m. on ___.

    ___ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

                                        _____  
                                        United States Marshal

        By: _____  
              Deputy Marshal